**Daniel A. AYRES, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2008–3009.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2008.

Daniel A. Ayres, pro se.

*ORDER*

Daniel A. Ayres has complied with the court's order of January 8, 2008.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 29, 2007, 2007 WL 4353412, dismissal order and mandate are hereby, vacated and recalled, and the petition for review is reinstated.

(2) The Department of Homeland Security brief is due within 21 days of the date of filing of this order.

**MERCEXCHANGE, L.L.C., Plaintiff–Appellee,**

v.

**eBAY, INC. and Half.com, Inc., Defendants–Appellants.**

No. 2008–1139.

United States Court of Appeals, Federal Circuit.

Feb. 29, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).